**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

Case number (if known) _____    Chapter **11**

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **1031 Solutions, LLC** |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **71-0952598** |
| 4. | **Debtor's address** | **Principal place of business** **825 S. Barrington Ave. Los Angeles, CA 90049** Number, Street, City, State & ZIP Code **Los Angeles** County | **Mailing address, if different from principal place of business** P.O. Box, Number, Street, City, State & ZIP Code **Location of principal assets, if different from principal place of business** **5550 E. Grand Road Tucson, AZ 85712-2242** Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) ☐ Partnership (excluding LLP) ☐ Other. Specify: _____ |

Debtor **1031 Solutions, LLC** _____ Case number (*if known*) _____

Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

__531__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check **all** that apply*:

　　☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

　　☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

　　☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

　　☐ A plan is being filed with this petition.

　　☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

　　☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

　　☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District _____   When _____   Case number _____
District _____   When _____   Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
■ Yes.

Debtor __1031 Solutions, LLC_____    Case number (*if known*)_____
      Name

| | | | |
|---|---|---|---|
| List all cases. If more than 1, attach a separate list | Debtor **See Attachment** | Relationship _____ | |
| | District _____ When _____ | Case number, if known _____ | |

| | | |
|---|---|---|
| **11.** | **Why is the case filed in *this district*?** | *Check all that apply:*<br>■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12.** | **Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ■ No<br>☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br>**Why does the property need immediate attention?** (*Check all that apply.*)<br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>   What is the hazard? _____<br>☐ It needs to be physically secured or protected from the weather.<br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>☐ Other _____<br>**Where is the property?** _____<br>   Number, Street, City, State & ZIP Code<br>**Is the property insured?**<br>☐ No<br>☐ Yes.  Insurance agency _____<br>        Contact name _____<br>        Phone _____ |

■ **Statistical and administrative information**

| | | |
|---|---|---|
| **13.** | **Debtor's estimation of available funds** | *Check one:*<br>■ Funds will be available for distribution to unsecured creditors.<br>☐ After any administrative expenses are paid, no funds will be available to unsecured creditors. |
| **14.** | **Estimated number of creditors** | ■ 1-49      ☐ 1,000-5,000      ☐ 25,001-50,000<br>☐ 50-99      ☐ 5001-10,000      ☐ 50,001-100,000<br>☐ 100-199      ☐ 10,001-25,000      ☐ More than 100,000<br>☐ 200-999 |
| **15.** | **Estimated Assets** | ☐ $0 - $50,000      ■ $1,000,001 - $10 million      ☐ $500,000,001 - $1 billion<br>☐ $50,001 - $100,000      ☐ $10,000,001 - $50 million      ☐ $1,000,000,001 - $10 billion<br>☐ $100,001 - $500,000      ☐ $50,000,001 - $100 million      ☐ $10,000,000,001 - $50 billion<br>☐ $500,001 - $1 million      ☐ $100,000,001 - $500 million      ☐ More than $50 billion |
| **16.** | **Estimated liabilities** | ☐ $0 - $50,000      ■ $1,000,001 - $10 million      ☐ $500,000,001 - $1 billion<br>☐ $50,001 - $100,000      ☐ $10,000,001 - $50 million      ☐ $1,000,000,001 - $10 billion<br>☐ $100,001 - $500,000      ☐ $50,000,001 - $100 million      ☐ $10,000,000,001 - $50 billion<br>☐ $500,001 - $1 million      ☐ $100,000,001 - $500 million      ☐ More than $50 billion |

Debtor  **1031 Solutions, LLC**    Case number (*if known*) _____
   Name

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **February 19, 2025**
            MM / DD / YYYY

X  /s/ signature                                   **Logan Beitler**
Signature of authorized representative of debtor    Printed name

Title  **Manager**

**18. Signature of attorney**

X  /s/ Gary E. Klausner                           Date  **February 19, 2025**
Signature of attorney for debtor                          MM / DD / YYYY

**Gary E. Klausner 69077**
Printed name

**Levene, Neale, Bender, Yoo & Golubchik L.L.P.**
Firm name

**2818 La Cienega Ave.**
**Los Angeles, CA 90034**
Number, Street, City, State & ZIP Code

Contact phone  **(310) 229-1234**    Email address  **GEK@LNBYG.COM**

**69077 CA**
Bar number and State

Debtor  **1031 Solutions, LLC**                                        Case number *(if known)*
　　　　Name

| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION |
| Case number *(if known)* _____  Chapter __11__ |

☐ Check if this an amended filing

# FORM 201. VOLUNTARY PETITION

## Pending Bankruptcy Cases Attachment

| | | | | | |
|---|---|---|---|---|---|
| Debtor | **Barscott, LLC** | | | Relationship to you | **Affiliated Entity** |
| District | **Bankr. C.D. Cal.** | When | **2/04/25** | Case number, if known | **2:25-bk-10878-WB** |
| Debtor | **Beitler Texas Enterprises LLC** | | | Relationship to you | **Affiliated Entity** |
| District | **Bankr. C.D. Cal.** | When | **7/01/24** | Case number, if known | **2:24-bk-15228-WB** |
| Debtor | **Le Conte Westwood Development, LLC** | | | Relationship to you | **Affiliated Entity** |
| District | **Bankr. C.D. Cal.** | When | **1/24/25** | Case number, if known | **2:25-bk-10261-WB** |
| Debtor | **Westcliff Investors, LLC** | | | Relationship to you | **Affiliated Entity** |
| District | **Bankr. C.D. Cal.** | When | **7/01/24** | Case number, if known | **2:24-bk-15224-WB** |

**Fill in this information to identify the case:**

Debtor name: **1031 Solutions, LLC**

United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)
- ☐ Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)
- ☐ Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)
- ☐ Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)
- ☐ Schedule H: Codebtors (Official Form 206H)
- ☐ Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)
- ☐ Amended Schedule _____
- ☒ Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)
- ☒ Other document that requires a declaration    Other documents attached to the Petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **February 19, 2025**    X _/s/ Logan Beitler_
Signature of individual signing on behalf of debtor

**Logan Beitler**
Printed name

**Manager**
Position or relationship to debtor

Official Form 202    Declaration Under Penalty of Perjury for Non-Individual Debtors

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **1031 Solutions, LLC** |
| United States Bankruptcy Court for the: | **CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION** |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders    12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Mr. Janitor LLC<br>PO Box 87816<br>Tucson, AZ 85741 | | For notice purposes only | | | | $0.00 |
| Nationwide Mutual Insurance Co.<br>1100 Locust Street, Dept 1100<br>Des Moines, IA 50391 | | For notice purposes only | | | | $0.00 |
| Tucson Realty & Trust Co<br>2525 E. Broadway Blvd, Suite 111<br>Tucson, AZ 85716 | | For notice purposes only | | | | $0.00 |

# United States Bankruptcy Court
## Central District of California - Los Angeles Division

In re  **1031 Solutions, LLC**
Debtor(s)

Case No.
Chapter  **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Beitler Family Living Trust<br>825 S. Barrington Avenue<br>Los Angeles, CA 90049 | N/A | 100% | Sole Member |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Manager** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **February 19, 2025**          Signature  _/s/ Logan Beitler_
                                              Logan Beitler

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

## STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LBR 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1. A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

**None**

2. (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

**None**

3. (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

**Beitler Texas Enterprises LLC (Bankr. C.D. Cal. Case No. 2:24-bk-15228-WB); Westcliff Investors, LLC (Bankr. C.D. Cal. Case No. 2:24-bk-15224-WB); Le Conte Westwood Development, LLC (Bankr. C.D. Cal. Case No. 2:25-bk-10261-WB); Barscott, LLC (Bankr. C.D. Cal. 2:25-bk-10878-WB)**

4. (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

**None**

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at **Los Angeles, CA**, California.

Date: **February 19, 2025**

_[signature]_
Logan Beitler
Signature of Debtor 1

_____
Signature of Debtor 2

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*October 2018*    Page 1    F 1015-2.1.STMT.RELATED.CASES

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Gary E. Klausner 69077<br>2818 La Cienega Ave.<br>Los Angeles, CA 90034<br>(310) 229-1234<br>California State Bar Number: 69077 CA<br>GEK@LNBYG.COM | |

☐ *Debtor(s) appearing without an attorney*
■ *Attorney for Debtor*

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

In re:

1031 Solutions, LLC

CASE NO.:
CHAPTER: 11

Debtor(s).

**VERIFICATION OF MASTER MAILING LIST OF CREDITORS**

[LBR 1007-1(a)]

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of __1__ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: February 19, 2025

_____
Signature of Debtor 1

Date: _____

_____
Signature of Debtor 2 (joint debtor) ) (if applicable)

Date: February 19, 2025

_____
Signature of Attorney for Debtor (if applicable)

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015

F 1007-1.MAILING.LIST.VERIFICATION

```
1031 Solutions, LLC
825 S. Barrington Ave.
Los Angeles, CA 90049


Gary E. Klausner
Levene, Neale, Bender, Yoo & Golubchik L.L.P.
2818 La Cienega Ave.
Los Angeles, CA 90034


Mountain America Credit Union
P.O. Box 2331
Sandy, UT 84091


Mountain America Fed Credit Union
c/o Agent for Service of Process
718 S. Campus View Dr.
West Jordan, UT 84084


Mr. Janitor LLC
PO Box 87816
Tucson, AZ 85741


Nationwide Mutual Insurance Co.
1100 Locust Street, Dept 1100
Des Moines, IA 50391


PIMA County Treasurer's Office
240 North Stone Avenue
Tucson, AZ 85701


Tucson Realty & Trust Co
2525 E. Broadway Blvd, Suite 111
Tucson, AZ 85716
```

| Attorney or Party Name, Address, Telephone & FAX Nos., and State Bar No. & Email Address<br>**Gary E. Klausner 69077**<br>**2818 La Cienega Ave.**<br>**Los Angeles, CA 90034**<br>**(310) 229-1234**<br>California State Bar Number: **69077 CA**<br>**GEK@LNBYG.COM** | FOR COURT USE ONLY |
|---|---|
| ☑ *Attorney for:* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br><br>**1031 Solutions, LLC**<br><br>Debtor(s),<br><br>Plaintiff(s),<br><br><br><br>Defendant(s). | CASE NO.:<br>ADVERSARY NO.:<br>CHAPTER:   **11**<br><br>**CORPORATE OWNERSHIP STATEMENT PURSUANT TO FRBP 1007(a)(1) and 7007.1, and LBR 1007-4**<br><br>[No hearing] |
|---|---|

*Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this Statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I, __**Logan Beitler**_____, the undersigned in the above-captioned case, hereby declare
      *(Print Name of Attorney or Declarant)*
under penalty of perjury under the laws of the United States of America that the following is true and correct:

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                                                                                   F 1007-4.CORP.OWNERSHIP.STMT

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1.     I have personal knowledge of the matters set forth in this Statement because:
   - ☑ I am the president or other officer or an authorized agent of the Debtor corporation
   - ☐ I am a party to an adversary proceeding
   - ☐ I am a party to a contested matter
   - ☐ I am the attorney for the Debtor corporation

2. a.   ☑ The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:
    See Addendum

   b.   ☐ There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

**February 19, 2025**                By: _____
Date                                   Signature of Debtor, or attorney for Debtor

                                          Name:   **Logan Beitler**
                                                       Printed name of Debtor, or attorney for Debtor

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                                                                                                     F 1007-4.CORP.OWNERSHIP.STMT

# Addendum to Corporate Ownership Statement Pursuant to
## F.R.B.P. 1007(a)(1) and 7007.1, and Local Bankruptcy Rule 1002-5

**The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:**

Beitler Family Living Trust
825 S. Barrington Avenue
Los Angeles, CA 90049

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                                                                         F 1007-4.CORP.OWNERSHIP.STMT

# RESOLUTION BY MEMBER OF 1031 SOLUTIONS LLC, A CALIFORNIA LIMITED LIABILITY COMPANY

The following resolutions is made by the Member of 1031 Solutions LLC, a California limited liability company ("Company").

Attending the meeting is Logan Beitler in her capacity as Manager and as the Member as herein after provided. The meeting occurred on the 18TH of February at the principal offices of Company at 825 S. Barrington Avenue, Los Angeles, California 90049.

The following person constitute the member of Company: Logan Beitler, Trustee of the Beitler Family Living Trust dated September 19, 2008, as amended who is the sole owner of 1031 Solutions, LLC[1] ("Member"). The Member does hereby resolve as follows:

RESOLVED, the Member and Manager have determined that it is in the best interest of Company to file a bankruptcy proceeding under Chapter 11 or as otherwise advised by Company's legal counsel and, accordingly Company is authorized to file such bankruptcy proceeding, not limited to a Chapter 11 proceeding as the Manager shall determine, and that the Manager has all power and authority necessary and incidental thereto to arrange for the retention of legal counsel to and to execute such documents required to file and commence a bankruptcy proceeding on behalf of Company.

FURTHER, RESOLVED, the Member and Manager is authorized to execute on behalf of Company such documents and other incidental matters necessary to file a bankruptcy on behalf of Company.

FURTHER, RESOLVED, the Member and Manager acknowledge that the filing of a bankruptcy proceeding is urgent and necessary, and that time is of the essence.

FURTHER RESOLVED, that the Company hereby retains the law offices of Levene, Neale, Bender, Yoo & Golubchik L.L.P. ("LNBYG") as bankruptcy counsel for the Company for purposes of, among other things, representing the Company in its Chapter 11 case.

FURTHER RESOLVED, that the Member and Manager is hereby authorized and directed on behalf of and in the name of the Company to execute the Company's employment application of LNBYG as bankruptcy counsel to the Company in the Company's Chapter 11 bankruptcy case.

FURTHER, RESOLVED, each of the above resolutions are approved and are effective immediately.

Each of the above resolutions are unanimously approved by the Member and Manager and shall be effective as of February 18, 2025 ("Effective Date").

---

[1] The Trust is the 100% member of the Company.

The undersigned constituting of the Member and Manager of Company have executed the aforementioned resolutions, each of which have been unanimously approved, each of which are effective as of the Effective Date.

_____
By: Logan Beitler
Manager of 1031 Solutions, LLC

_____
By: Logan Beitler
1031 Solutions, LLC

2